■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIONEL PITTMAN, Appellant. [978 NYS2d 840]—

The court providently exercised its discretion in declining to grant defendant a downward departure to level one (*see People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied* 558 US 1011 [2009]; *People v Mingo*, 12 NY3d 563, 568 n 2 [2009]). The risk assessment instrument adequately took into account the absence of a prior sex crime and defendant's prison record. Further, neither defendant's age (late 40s) nor any of the other factors he relied on warranted a downward departure in light of the seriousness of his offense against two very young children (*see e.g. People v Thomas*, 105 AD3d 640 [1st Dept 2013], *lv denied* 21 NY3d 863 [2013]). Concur—Tom, J.P., Saxe, Moskowitz, Gische and Clark, JJ.